BRANDON M. TESSER (SBN 168476)
(brandon@tessergrossman.com)
BRIAN M. GROSSMAN (SBN 166681)
(brian@tessergrossman.com)
**TESSER | GROSSMAN LLP**
11990 San Vicente Blvd., Ste. 300
Los Angeles, California 90049
Telephone: (310) 207-4558
Facsimile: (424) 256-2689

Attorneys for Plaintiff
ELOHIM EPF USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BEVERLY BISTRO, INC., a California Corporation d/b/a EXPRESS NIGHT CLUB; JIMMY LEE, an individual; UNI DELIPIA, INC., a California Corporation d/b/a MUZEN KARAOKE; IL CHAN KIM, an individual; BEE FREE, INC., a California Corporation d/b/a VOLCANO; SUNNY YUN, an individual; YOUNG CHUL YI, an individual d/b/a CLUB RENDEVOUS; CHARLES HYUNGSUP LEE, an individual d/b/a GRAND CAFE; HYE MIN CHOI, an individual d/b/a CHORUS MUSIC STUDIO; and DOES 1 through 20, inclusive <br><br> Defendants. | Case No.: 2:17-cv-05768-TJH(Ex) <br><br> [Assigned for all purposes to the Honorable Terry J. Hatter, Jr.] <br><br> **JUDGMENT [39]** <br><br> Complaint Filed: August 3, 2017 |

Having reviewed the ex parte application of Plaintiff ELOHIM EPF USA, INC. ("Plaintiff"), the evidence presented before and at the time of the hearing, if any, and finding good cause therefore, the Court orders:

JUDGMENT is hereby entered pursuant to the Stipulation for Entry of Judgment against Defendant HYE MIN CHOI d/b/a CHORUS MUSIC STUDIO ("Defendant"), as follows:

In the total amount of: $ 14,000 plus judgment interest at the rate of 10% per annum and post-judgment fees and costs to be awarded by separate motion.

**IT IS SO ORDERED.**

Dated: February 20, 2019      By: _____
                                                   The Honorable Terry J. Hatter, Jr.
                                                   United States District Judge