# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ELOHIM EPF USA, INC., <br>     Plaintiff, <br> v. <br> BEVERLY BISTRO, INC., *et al.*, <br>     Defendants. | CV 17-05768 TJH (SPx) <br><br> Order to Show Cause |

**It is Ordered** that Plainiff Elohim EPF USA, Inc. ["Elohim"] shall show cause, if any, as to why Defendant Charles Hyungsup Lee should not be dismissed for Elohim's failure to serve Lee within the time limits imposed by Fed. R. Civ. P. 4.

Elohim shall file a written response within thirty days of this Order to Show Cause. Any brief in opposition to Elohim's written response shall be filed no later than seven days after Elohim's response is filed. Elohim may file a rely brief to any opposition no later than seven days after any opposition brief is filed.

Date: May 17, 2019

                                                        _____
                                                        Terry J. Hatter, Jr.
                                        Senior United States District Judge